# IN THE SUPREME COURT OF THE STATE OF NEVADA

SARAH GAZALA,
Appellant,
vs.
ODIN JOHNSON,
Respondent.

No. 74047

FILED

NOV 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER GRANTING MOTION FOR RECONSIDERATION, MOTION TO PROCEED PRO SE, AND DISMISSING APPEAL*

This appeal was dismissed by way of a clerk's order on October 17, 2017, for failure to pay the filing fee. The order also denied as moot a motion filed by appellant's counsel to withdraw as attorney of record. On October 20, 2017, appellant filed a petition for rehearing explaining that the filing fee had been tendered to the district court but not forwarded to this court prior to this court's dismissal of the appeal. We elect to treat appellant's petition for rehearing as a motion for reconsideration pursuant to NRAP 27(c)(3)(A).[1] Cause appearing, the motion for reconsideration is granted.

On October 24, 2017, appellant filed a motion to proceed pro se, indicating that she had discharged the services of her attorney. Cause appearing, appellant's motion to proceed pro se is granted.

---

[1]The clerk of this court is directed to refund the $150 rehearing fee tendered by appellant on October 20, 2017, as no fee is due for a motion seeking reconsideration of a clerk's order.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-40524

Also on October 24, 2017, appellant filed a request for voluntary dismissal of the appeal. Cause appearing, appellant's request for voluntary dismissal of this appeal is granted, and this appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:   The Grigsby Law Group
      The Law Offices of Frank J. Toti, Esq.
      Sarah Gazala